BUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROCHINE BEAUSEJOUR,

*Plaintiff*,

v.                                                        Case No. 25-CV-9161 (KMK)

COMMISSIONER OF SOCIAL SECURITY,                          ORDER

*Defendant*.

KENNETH M. KARAS, United States District Judge:

On December 22, 2025, Plaintiff filed a voluntary Motion to Withdraw this Action.  (*See*

Dkt. No. 3.)  On January 12, 2026, the Court granted Plaintiff's Motion to Withdraw.  Given that

the Action has been withdrawn, the Clerk of Court is respectfully directed to close this Action.

SO ORDERED.

DATED:      January 21, 2026
            White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE